UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER HASH,

                Plaintiff,

against

                CIVIL ACTION NO.: 20 Civ. 1389 (SLC)

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

THE LONG ISLAND RAILROAD COMPANY,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

An Initial Conference was held on Wednesday, June 10, 2020.  A Settlement Conference is scheduled before the **Honorable Kevin N. Fox on Thursday, September 17, 2020, at 10:30 am, in Courtroom 228, 40 Foley Square, New York, New York.**  The parties must immediately advise Judge Fox if they have a conflict and request a different date.  The parties are directed to review and comply with the Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox, a copy of which is available on the Court's website at https://nysd.uscourts.gov/sites/default/files/practice_documents/KNF%20revisedsettlementnov2019a_mtd.pdf.

The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the pre-conference letters and attendance acknowledgement forms, which are to be submitted no later than three business days before the settlement conference, by **Monday, September 14, 2020**.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

Dated:     New York, New York
            June 12, 2020

                        SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**