LAW OFFICES
# FREDRIC M. GOLD PC
A PROFESSIONAL CORPORATION

FREDRIC M. GOLD

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVE., SUITE 1308
NEW YORK, NEW YORK 10123
212.244.2740
FAX 212.244.2258

www.myrailroadlawyer.net
fredricmgold@verizon.net

<u>Via ECF</u>

November 6, 2019

Honorable Kevin N. Fox, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSEMENT**

    Re:    Hash v. LIRR
               20 cv 1389 (SLC)

Dear Judge Fox:

As the docket will reflect, your Honor has scheduled a pre-completion of discovery Settlement Conference for September 17, 2020. At the present time, the undersigned will not be available on the 17th as I will be out of town on personal family matters. Defendant's counsel has advised that he doesn't believe they would be able to engage in meaningful settlement negotiations until after the completion of discovery. Discovery is presently scheduled to be completed by October 30, 2020.

In light of the above it is respectfully requested by the parties that the Settlement Conference scheduled for September 17, 2020 be adjourned to a date sometime after October 30, 2020, preferably in November of 2020.

Thank you for your attentions to this matter.

Respectfully,

Fredric M. Gold

cc:    Christopher P. Yodice, Esq.
        LIRR Law Department

9/13/20

The settlement conference scheduled previously for September 17, 2020, shall be held on November 12, 2020, at 10:30 a.m.
SO ORDERED:

Kevin Nathaniel Fox, USMJ