UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTOPHER HASH,                              :

               Plaintiff,                     :

      - against -                                     :            ORDER

THE LONG ISLAND RAILROAD COMPANY,   :            20-CV-1389 (SLC)

               Defendant.                    :
----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The November 12, 2020 settlement conference will be held via telephone.  The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.  The parties are to comply with the Court's settlement procedures located on the court's website, except that the respective confidential settlement conference writings should be sent via email to**:**

elizabeth_potter@nysd.uscourts.gov.

Dated:  New York, New York                              SO ORDERED:
         October 19, 2020

                                                                         _/s/ Kevin Nathaniel Fox_____
                                                                         KEVIN NATHANIEL FOX
                                                                         UNITED STATES MAGISTRATE JUDGE