UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER HASH,

                Plaintiff,

-v-                                 CIVIL ACTION NO.: 20 Civ. 1389 (SLC)

THE LONG ISLAND RAILROAD COMPANY,      **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court having been advised (Docket No. 21) that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court.

    Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

Dated:    New York, New York
            November 10, 2020

                                                  SO ORDERED

                                                  _/s/ Sarah L. Cave_
                                                  SARAH L. CAVE
                                                  United States Magistrate Judge